FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 0 5 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_NORTHERN_ DIVISION

CASE NO. _1:12-CV-102 DPM-JTK_

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   Name of plaintiff: _Mu'min Abdulaziz Askew_
   ADC # _082276_

   Address: _300 Corrections Dr., Newport, AR 72112-1058_

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   This case assigned to District Judge _Marshall_
   and to Magistrate Judge _Kearney_

   Name of plaintiff: _____
   ADC # _____

   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: _Cory Williams, John Maples, Richard Guy_

   Position: _Sergeant, Warden, Deputy Warden_

   Place of employment: _300 Corrections Dr., Newport, AR 72112-1058_

   Address: _Same as above — @ Grimes Unit_

   Name of defendant: _Christopher Budnik, "Nurse" Broderick, "Dr" Nance_

   Position: _Bldg. Major, "Nurse" (Don), "Doctor"_

   Place of employment: _300 Correctional Dr., Newport, AR 72112-1058_

Address: _Same As Above @ Grimes Unit_

Name of defendant: _James Young, Ofc. Palmer, Ofc. Parker, Ofc._

Position: _Sergeant, Officer, Officer_

Place of employment: _300 Corrections Dr., Newport, AR 72112-1058_

Address: _Same As Above (Grimes Unit)_

Name of defendant: _Huddleston, Bobbs, Gatlin_

Position: _Kitchen Capt. (FPM-II), Mental Health, Mental Health_

Place of employment: _300 Corrections Dr., Newport, AR 72112-1058_

Address: _Same As Above (Grimes Unit)_

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No _X_

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

- ☐ Parties to the previous lawsuit:

    Plaintiffs: _____

    Defendants: _____

- ☐ Court (if federal court, name the district; if state court, name the county):

2

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV. Place of present confinement: *A.D.C., Scott Grimes Unit, 300 Corrections Dr., Newport, AR 72112-1058*

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    . Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_ No ____

    . Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____ No ____

If not, why? *PLAINTIFF IS DOING SO BUT THIS IS AN EMERGENCY — PLAINTIFF COULD DIE AT THIS FACILITY IF NOT HELPED NOW. PLEASE HELP PLAINTIFF*

3

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count One: On Monday, September 17, 2012 while EXCESSIVE FORCE and SERIOUS HARM was being done upon the plaintiff, causing pain because the plaintiff was ALREADY IN HANDCUFFS & LEG RESTRAINTS. When the plaintiff was brought to his cell, IN VIOLATION OF POLICY, PRACTICE & MANDATORY WRITING IN PROCEDURE, the defendant, "Sgt." Cory Williams had all other officers involved to remove the leg restraints and handcuffs, IN THE ROOM (hand restraints are mandatorily required to be removed by instructing the inmate to back up to the trap-door at the cell door and place their hands through the trap-door to remove the handcuffs). While the defendant, "Sgt." Cory Williams, covered the plaintiff, Abdulaziz/Askew, with his (Williams') body and OUT OF THE VISION OF the other officers who had left the cell/room and to the outside of the doorway, OUT OF VISION — Williams began to fondle the plaintiff's' buttocks, causing SHOCK, FEAR and APPREHENSION OF plaintiff's LIFE and SAFETY (the defendant had already did such ones when the hand-

→ PLEASE TURN OVER ON BACK ↵

4

cuffs were being removed, plaintiff, Abdulaziz/Askew, thought that was a mere mistake, but when it was done again and again, plaintiff, Abdulaziz/Askew knew that defendant, Williams was doing so for sexual gratification and that it was deviate, maliscious sexual rape). The defendant, Williams also had placed some type of object behind plaintiff's right ear (while still in restraints and while Williams had plaintiff's face on the concrete, nose in the floor) and when the leg and hand restraints were removed and Williams committed such atrocities, Williams got up away from the plaintiff, leaving out of the cell, closing the door, plaintiff, Abdulaziz/Askew (in all honesty to this Court), saw that the trap-door to the cell was open. Because of anger and upsetness at what defendant, Williams had done, Abdulaziz/Askew, reached out of the trap-door at Williams and grabbed Williams' jacket (Abdulaziz was found to NOT GUILTY of the Rule 04-4 Batter/Use of Force on Staff by the disciplinary hearing officer Williams wrote on plaintiff, Abdulaziz/Askew

Defendant, Williams also stated that the plaintiff was seen after this excessive force by RN. Brideman.

The security camera of 9/12/12, p.m., will show and prove otherwise. Such was FALSE and documents FALSIFIED!

This is violative of plaintiff, Abdulaziz/Askew's "CLEARLY PROTECTED" "CLEARLY ESTABLISHED" U.S. Constitutional rights under Amendments 5, 8, and 14 and 18 U.S.C. §§ 241 & 242 – plus 18 U.S.C.A. §1964(c)

By knowing about this information, defendant, Richard Guy, the
← PLEASE TURN OVER ON BACK →

4-A

deputy Warden (one of them) WITHOUT SPEAKING WITH PLAINTIFF Abdulaziz/Askew, going by what was written by defendant, Williams and all others who wrote "statements" for Williams by NOT FORWARDING THE ISSUE to INTERNAL AFFAIRS (as MANDATORY LANGUAGE IN GRIEVANCE POLICE SAYS), INTENTIONALLY FAILED TO ACT PROPERLY ON THIS ISSUE, AND EVEN SENT PLAINTIFF WRITTEN NOTATION, STATING SUCH. DEFENDANTS, Babbs and Gatlin (MENTAL HEALTH) DO NOTHING AND ARE RACIST.
Even after verbally conversating with defendant, Ronald Gana on or about Monday, September 24, 2012 about the Monday, September 17, 2012, incident, NOTHING STILL HAS OCCURRED.

So STILL, PLAINTIFF, Abdulaziz/Askew, is living at the Grimes Unit IN SHEAR FEAR, has SUFFERED NIGHTMARES whereinwhich plaintiff has urinated upon himself, has fallen off his bed, shakes uncontrollably, suffers from post traumatic stress (mental health staff will NOT help plaintiff even after telling them about this). Such actual INJURY shouldn't be allowed to continue, nor harm which immenently, dangerously occurred. The defendant, Budnik, allowed the FALSE DISCIPLINARY of 9/17/12 and knowing the problem, has done nothing about it.

Count Two:

The plaintiff, since childhood, has BOTH AN EGG AND MILK ALLERGY. The defendants, Maples, Guy, Gana, Cowell, Young, Palmer, Parker, Huddleson, all have acted in concert and conspiracy to FORCE the plaintiff, Abdulaziz/Askew into either eating such foods or NOTHING AT ALL (1) On or about Saturday, September 29, 2012 and Sunday, September 30, 2012, the defendants, Young, Palmer and Parker, forced a pancake tray upon Abdulaziz which caused, vomiting, swelling & redness of the throat

⊢ CONT ON BACK ⊣

Footnote ONE:
Abdulaziz/Askew is being not only FORCED to eat such foods, the plaintiff is IN IMMINENT DANGER because if he REFUSES SUCH, the defendants are REFUSING PLAINTIFF ANY FOOD TRAY because such will not be substituted and Plaintiff, Abdulaziz/Askew will lose weight tremendously and probally die at the hands of prison authorities. Plaintiff WAS NOT SENTENCED to DEATH ROW but the all of the defendants have invoked such.

SEIZURES on both OCCASIONS and THIS IS IMMINENT, ACTUAL PHYSICAL HARM done due to the defendants' Young, Palmer Parker and the Food Production Manager (FPM) (Unknown) due to such conspiracy.

On Tuesday, October 2, 2012, the defendant, Billy Cowell, Health Services Administrator (H.S.A.), came to plaintiff, Abdulaziz Askew, and stated that the "blood/lab work showed that the plaintiff was not "allergic" to eggs or milk. This (again in all have been done WITHOUT LOOKING AT THE 2011 RECORDS that are from Tucker Maximum Security Unit in Dinmary & MSF 208 SCRIPTS)

The plaintiff, Abdulaziz/Askew, who has already suffered SERIOUS PHYSICAL HARM, DELIBERATE INDIFFERENCE and CONSPIRATORIAL ACTIONS by defendants, Cowell, Huddleson, Guy, Budnik, Gana, Maples and another unknown John Doe FPM — plus — Nance (who never discussed this "allergy test" to be conducted upon the plaintiff, violating his (Nance) license as a "physician"), All of it ENTITLES plaintiff to relief by this Honorable Court due to such physical SERIOUS HARM and EVEN Due Process due to the DELIBERATE INDIFFERENCE that occurred (2) which violate plaintiff's 5TH, 8TH and 14TH U.S. Const. Amend. Rights and 18 U.S.C. § 241 & 242 — PLUS — 18 U.S.C. § 1964(c).

The Plaintiff, Abdulaziz/Askew, is SCARED, and in IN IMMINENT danger. Plaintiff has now had to FLUSH EGGS, milk or egg/milk-by products now being FORCED UPON him down the toilet in his cell and is RAPIDLY LOSING WEIGHT!
Reserving the right to plead further IT IS SO PRAYED.

FOOTNOTE TWO:
Abdulaziz/Askew has NOT EVEN RECEIVED help by the Mental Health authorities. DEFENDANTS Guy and Budnik make sure of it.

4 – C

VIII.   Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

*EMERGENCY INJUNCTION STOPPING SUCH; EMERGENCY TRANSFER FROM GRIMES; JURY TRIAL; U.S. ATTORNEY TO RECEIVE A COPY OF COMPLAINT FOR GRAND JURY REVIEW and POSSIBLE INDICTMENTS*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 7 day of October, 2012.

*[Signature]*

Signature(s) of plaintiff(s)

*NOTE: THE DEFENDANTS @ GRIMES HAVE NOT ONLY HURT PLAINTIFF SEVERELY, THEY'RE NOW TRYING TO KILL HIM!  THIS IS SERIOUS!!*