IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 22 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

MU'MIN ABDULAZIZ/ASKEW
ADC # 82276                                                               PLAINTIFF

v.                     No. 1:12-cv-102-DPM-JTK

CORY WILLIAMS, Sergeant; JOHN MAPLES, Warden;
RICHARD GUY, Deputy Warden; CHRISTOPHER
BUDNIK, Major; BRODRICK, Nurse; NANCE,
Doctor; JAMES YOUNG, Sergeant; PARKER, Officer;
HUDDLESON, Kitchen Captain; BABBS, Mental Health;
GATLIN, Mental Health; DOE, Officer;
PALMER, Officer, ANTWON EMSWELLEN, Captain;
A. GARCIA, JR., Sergeant; McCALL, Sergeant;
LITTERMAN, Mental Health Counselor;
LANDERS, Mental Health Counselor; BETTY
HUTCHINSON, Nurse, CMS; and BILLY COWELL,
Health Service Administrator, CMS, all of
Grimes Unit, ADC                                     DEFENDANTS

### ORDER

Abdulaziz/Askew has objected to Magistrate Judge Jerome T. Kearney's recommendation, *Document No. 9*, that the Court dismiss some of Abdulaziz/Askew's claims under the Prison Litigation Reform Act of 1996. On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Judge Kearney's recommendation in full. Mr. Abdulaziz/Askew may pursue his dismissed allegations, and the nonspecific retaliation allegations in his objection,

*Document No. 10, at 2–3*, in a separate lawsuit after paying the full filing fee if he wishes to do so.

The Court has also confirmed *de novo* that Abdulaziz/Askew is a three-striker. Two of the three dismissal orders are not available electronically. They are attached to this Order.

Proposed Findings and Recommendations, *Document No. 9*, adopted in full. The request for a ruling embedded in Abdulaziz/Askew's notice to the Court, *Document No. 19*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2013