**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MU'MIN ABDULAZIZ/ASKEW,
ADC #82276                                                                                              PLAINTIFF

v.                                             1:12CV00102-DPM-JTK

CORY WILLIAMS, et al.                                                                        DEFENDANTS

## **ORDER**

Defendants James Huddleston, Melvin Nance, George Lettenmaier, Eryka Landers, Shirley Gatlin, and Tina Babb, through their attorneys, have answered and supplied their correct names (Doc. Nos. 18, 39, 41). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE