**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MU'MIN ABDULAZIZ/ASKEW,
ADC #82276                                                                                    PLAINTIFF

v.                                              1:12CV00102-DPM-JTK

CORY WILLIAMS, et al.                                                                DEFENDANTS

## ORDER

Defendants James Huddleston, Melvin Nance, George Lettenmaier, Eryka Landers, Shirley

Gatlin, and Tina Babb, through their attorneys, have answered and supplied their correct names

(Doc. Nos. 18, 39, 41). The Clerk is directed to change the style of the case to reflect the correct

names of these Defendants.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE