## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MU'MIN ABDULAZIZ/ASKEW,                                    PLAINTIFF
ADC #82276

v.                          1:12-cv-102-DPM-JTK

JOHN MAPLES, Warden, Grimes Unit, ADC;
RICHARD GUY, Deputy Warden, Grimes Unit,
ADC; MELVIN NANCE, Doctor, Grimes Unit,
ADC; JAMES HUDDLESTON, Kitchen Captain,
Grimes Unit, ADC; TINA BABB, Mental Health,
Grimes Unit, ADC; SHIRLEY GATLIN, Mental
Health, Grimes Unit, ADC; DOE, Officer;
GEORGE LETTENMAIER, Mental Health
Counselor, Grimes Unit, ADC; ERYKA LANDERS,
Mental Health Counselor, Grimes Unit, ADC;
BETTY HUTCHINSON, Nurse, CMS, Grimes
Unit, ADC; and BILLY COWELL, Health Service
Administrator, CMS, Grimes Unit, ADC          DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's

proposed findings and recommendations, № 71.  The Court granted

Abdulaziz/Askew an extension to file a response, № 73, and he has not

objected.  After reviewing the proposal for clear factual error and for legal

error, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), the

Court adopts it . Defendants' motions for summary judgment, № 62 & 65,

granted.  All Abdulaziz/Askew's claims against the remaining Defendants are dismissed without prejudice for failure to exhaust his administrative remedies.  His motion to strike and for a hearing, № 68, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13  December 2013_