# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MU'MIN ABDULAZIZ/ASKEW,                                              PLAINTIFF
ADC #82276

v.                                     1:12-cv-102-DPM

CORY WILLIAMS, Sergeant, Grimes Unit, ADC;
JOHN MAPLES, Warden, Grimes Unit, ADC;
RICHARD GUY, Deputy Warden, Grimes Unit,
ADC; CHRISTOPHER BUDNIK, Major, Grimes
Unit, ADC; BRODRICK, Nurse, Grimes Unit,
ADC; MELVIN NANCE, Doctor, Grimes Unit,
ADC; JAMES YOUNG, Sergeant, Grimes Unit,
ADC; PARKER, Officer, Grimes Unit, ADC;
JAMES HUDDLESTON, Kitchen Captain, Grimes
Unit, ADC; TINA BABB, Mental Health, Grimes
Unit, ADC; SHIRLEY GATLIN, Mental Health,
Grimes Unit, ADC; DOE, Officer; PALMER, Officer,
Grimes Unit, ADC; ANTWON EMSWELLEN,
Captain, Grimes Unit, ADC; A. GARCIA, JR.,
Sergeant, Grimes Unit, ADC; MCCALL, Sergeant,
Grimes Unit, ADC; GEORGE LETTENMAIER,
Mental Health Counselor, Grimes Unit, ADC;
ERYKA LANDERS, Mental Health Counselor,
Grimes Unit, ADC; BETTY HUTCHINSON,
Nurse, CMS, Grimes Unit, ADC; and BILLY
COWELL, Health Service Administrator, CMS,
Grimes Unit, ADC                                                     DEFENDANTS

# JUDGMENT

Abdulaziz/Askew's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2013